SACV08-688 JVS(SHx)

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| Beleng Cabaccang & Isidro Cabaccang, | ) ) ) | No. CV 07-00574 DDP (Ex) |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | JUDGMENT FOR DEFENDANTS |
| United States Citizenship & Immigration Services, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

    Plaintiffs' Motion for Summary Judgment and Defendants' Motion to Dismiss or, in the Alternative, Cross-Motion for Summary Judgment came on regularly for hearing on May 18, 2009, before the Honorable Dean D. Pregerson, United States District Judge.  The Court, having considered the pleadings, evidence presented, memoranda of points and authorities, and oral arguments presented at the time of the hearing, and in accordance

SACV08-688 JVS(SHx)               1

1 | with the proposed Statements of Uncontroverted Facts and
2 | Conclusions of Law filed herein:
3 |     HEREBY ORDERS, ADJUDGES, AND DECREES that pursuant to the
4 | Court's order of June 15, 2009, Plaintiffs' motion for summary
5 | judgment is denied, Defendants' motion to dismiss for lack of
6 | subject matter jurisdiction is denied, and Defendants' motion for
7 | summary judgment is granted.  Judgment is hereby entered in favor
8 | of Defendants with Defendant recovering from Plaintiff its costs.

Dated:  June 30, 2009                  _____
                                       DEAN D. PREGERSON
                                       United States District Judge

Dated this 25th day of June, 2009.

Presented by:

TONY WEST
Assistant Attorney General
Civil Division
U.S. Department of Justice
ELIZABETH J. STEVENS
Assistant Director
District Court Section
Office of Immigration Litigation

S/ Gisela A. Westwater
GISELA A. WESTWATER
Trial Attorney
District Court Section
Office Of Immigration Litigation
Civil Division
Department of Justice
P. O. Box 868
Washington, D.C.  20044
Tel: (202) 532-4174
Fax: (202) 616-8962
Email:  Gisela.Westwater@usdoj.gov

*Attorneys for Defendants*

SACV08-688 JVS(SHx)                    2