O

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELEN CABACCANG and ISIDRO CABACCANG,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES ("CIS"); EVELYN M. UPCHURCH, Director of CIS' TEXAS SERVICE CENTER; EDUARDO AGUIRRE, JR., DIRECTOR OF CIS; MICHAEL CHERTOFF, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ALBERTO R. GONZALES, ATTORNEY GENERAL OF THE UNITED STATES,<br><br>Defendants. | Case No. CV 07-00574 DDP (Ex)<br><br>**ORDER VACATING THIS COURT'S JUNE 15, 2009 ORDER AND DISMISSING THE ACTION FOR LACK OF JURISDICTION**<br><br>[Mandate received 02/28/2011] |

The Ninth Circuit heard an appeal from this court's June 15, 2009, Order Denying Plaintiff's Motion for Summary Judgment and Denying in Part and Granting in Part Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment ("Order"). The Ninth Circuit reversed the judgment of this Court, holding that district courts lack jurisdiction to review denials of status

adjustment if removal proceedings are simultaneously pending. Plaintiff's claims are, therefore, not ripe for review. Accordingly, the Ninth Circuit has mandated that this court vacate its Order and dismiss the present matter for lack of jurisdiction.

For the foregoing reasons, the court VACATES its prior Order and DISMISSES Plaintiff's complaint for lack of jurisdiction.

IT IS SO ORDERED.

Dated: March 3, 2011

                              DEAN D. PREGERSON
                              United States District Judge